Sarah Shapero (Bar No. 281748)
SHAPERO LAW FIRM
One Market, Spear Tower, 36th Floor
San Francisco, California 94105
Telephone: (415) 293-7995
Facsimile: (415) 358-4116

Attorney for Plaintiff,
NARCISSA THOMAS

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NARCISSA THOMAS, an individual;<br><br>Plaintiff,<br><br>v.<br><br>SELECT PORTFOLIO SERVICING, INC., a business entity; CITIBANK, N.A.,, a business entity; and DOES 1-50, inclusive<br><br>Defendant | Case No.: 1:18-cv-00211-LJO-BAM<br><br>**ORDER**<br><br>Current Hearing Date: April 23, 2018<br>Proposed Hearing Date: April 30, 2018 |

The Court, having read and considered the Stipulation to Continue the Hearing on Defendants' Motion to Dismiss Plaintiff's First Amended Complaint and good cause appearing, finds:

1. The Motion to Dismiss hearing currently scheduled for April 23, 2018 is continued to April 30, 2018; and
2. All briefing deadlines to run from the new hearing date.

IT IS SO ORDERED.

Dated: __**April 3, 2018**__   _____/s/ Lawrence J. O'Neill_____
　　　　　　　　　　　　　　　UNITED STATES CHIEF DISTRICT JUDGE